UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.J. and A.C., individually and on behalf of J.J.C.,<br><br>       Plaintiffs,<br><br>    v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCTION,<br><br>       Defendant. | No. 25-CV-4196 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: September 9, 2025
     New York, New York

                    Ronnie Abrams
                    United States District Judge